

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00594-CV

Khalid **ABBOOD**,
Appellant

v.

Amal **HAMAD**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI04613
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: November 13, 2024

DISMISSED

By letter dated September 6, 2024, appellant was instructed to pay the $205.00 filing fee for this appeal. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On September 30, 2024, this court ordered appellant to show cause in writing by October 10, 2024, that the filing fee had been paid or that he is entitled to appeal without paying the filing fee. Appellant was advised that if he failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX.

R. APP. P. 5, 42.3(c). Appellant did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id.*

PER CURIAM